# United States Navy–Marine Corps Court of Criminal Appeals

Before
HACKEL, KIRKBY, and GROSS
Appellate Military Judges

―――――――――――――

## UNITED STATES
*Appellee*

**v.**

## Aaron U. BOCARDOCOVARRUBIAS
Corporal (E-4), U.S. Marine Corps
*Appellant*

## No. 202300210

―――――――――――――

Decided: 22 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Douglas C. Hatch

Sentence adjudged 1 May 2023 by a general court-martial convened at Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 24 months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

―――――――――――

[1] Appellant was credited with 173 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley,* 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300210 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Aaron U. BOCARDOCOVARU-BIAS** **Corporal (E-4)** **U.S. Marine Corps** *Accused* | *As Modified on Appeal* **22 January 2024** |

On 1 May 2023, the Accused was tried at Marine Corps Base Camp Pendleton by a general court-martial, consisting of a military judge sitting alone. Military Judge Douglas C. Hatch, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Wrongfully view child pornography from 1 November 2021 to 1 November 2022.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Specification 2:** **Wrongfully possess child pornography from 1 November 2021 to 1 November 2022.**

> *Plea:* Guilty.
> *Finding:* Guilty.

## SENTENCE

On 1 May 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement**

*For the Specification 2 of the Charge:*
confinement for 24 months.

**Confinement for a total of 24 months.**

**Forfeiture of all pay and allowances.**

**A dishonorable discharge.**

The Accused shall be credited with 173 days of pretrial confinement.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court